# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142259-61 & (92)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC: 142259-61
COA: 281460; 281461; 281462
Wayne CC: 07-008315-01;
07-008316-01; 07-008317-01

KENNETH VANWAYNE CLARK,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for a new trial or for an evidentiary hearing is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

h0418